| | ) | |
|---|---|---|
| Case Name:  Patricia Stewart | ) | Case No.  16-16768-MDC-13 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

# NOTICE OF MORTGAGE PAYMENT CHANGE

PLEASE BE ADVISED that on 2/8/2017 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b) (the "Bankruptcy Rules"), Capital One N.A. filed a Notice of Change of Mortgage Payment (the "Notice").  The Notice was filed due to a post-bankruptcy change in payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.  Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Patricia Stewart
465 Ambler Road
Fort Washington, PA 19034

Date: 2/8/2017

By: /s/ Marian Garza
Marian Garza, Ascension Capital Group, Inc.
Authorized Agent for Capital One N.A.

**Fill in this information to identify the case:**

Debtor 1      Patricia Stewart

Debtor 2
(Spouse, if any)

United States Bankruptcy Court for the:    Eastern District of Pennsylvania
(State)

Case number      16-16768-MDC-13

# Form 410S1
## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Capital One N.A.

**Court claim no**. (if known):

**Last four digits** of any number you use to identify the debtor's account:    XXXXX9941

**Date of payment change:**    3/1/2017
Must be at least 21 days after date of this notice

**New total payment:**    $    7,376.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:**    $    4,528.34        **New escrow payment:**    $    3,976.42

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**        **New interest rate:**

**Current principal and interest payment:**        **New principal and interest payment:**

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment:**        **New mortgage payment:**

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

[ ]  I am the creditor

[X]  I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Ankita Gupta                                                                  Date  2/8/2017
　　　Signature

Print:        Ankita Gupta                                                Title:  Claims Processor
　　　　　　First Name    Middle Name    Last Name

Company    Ascension Capital Group

Address    P.O. Box 201347

　　　　　　Arlington                    TX      76006
　　　　　　City                            State    Zip Code

Contact phone  (888) 455-6662                                      Email

Escrow Analysis: Not Mailed to Customer

*CapitalOne*®

JANUARY 25, 2017

DENIS STEWART
465 AMBLER RD
FORT WASHINGTON PA 19034

**LOAN & PROPERTY INFORMATION**
LOAN NUMBER: ████9941
465 AMBLER RD
FORT WASHINGTON PA 19034

**Escrow Analysis and Payment Update**
JANUARY 25, 2017

*Capital One®*

DENIS STEWART
465 AMBLER RD
FORT WASHINGTON PA 19034

**LOAN & PROPERTY INFORMATION**
LOAN NUMBER: ███████9941
465 AMBLER RD
FORT WASHINGTON PA 19034

As a result of a bankruptcy proceeding, you may not be personally liable for the unpaid balance of this loan; however, if we (as beneficiary or beneficiary's agent) retain a security lien on the real property, it may be subject to foreclosure in accordance with the laws of the state where located. If you are not personally liable to pay this obligation by reason of a bankruptcy proceeding, this is not an attempt to collect a debt, but is intended only for informational purposes.

**① Your new monthly escrow payment is $3,976.42, effective March 01, 2017.**

We predict you will pay **$47,717.16** over the next 12 months for taxes and/or insurance covered under escrow. We divide this by 12 to give you your new monthly escrow payment of **$3,976.42**, which is included in your mortgage payment automatically.

| | |
|---|---|
| $47,717.16 | ESTIMATED TAX AND INSURANCE TOTAL |
| ÷ 12 | PAYMENTS |
| **$3,976.42** | **ESCROW PAYMENT** |

**② Your escrow account has a surplus of $26,164.74!**

Your escrow account's lowest projected balance is **$26,164.74** more than what is required. This means you have a surplus in your account. However, because this account is behind on payments, the surplus will be kept in your escrow account until the account is caught back up.

| | |
|---|---|
| (-$122,733.18) | LOWEST PROJECTED BALANCE |
| - $7,952.84 | REQUIRED MINIMUM BALANCE |
| + $156,850.76 | SURPLUS IN PROOF OF CLAIM |
| **$26,164.74** | **SURPLUS** |

**③ Take a look at your new mortgage payment, effective March 01, 2017.**

Current Mortgage Payment

Please confirm your current payment with your attorney or Bankruptcy Trustee.

**$7,376.42**
New Mortgage Payment

Here is the breakdown of your new monthly mortgage payment, which starts on March 01, 2017.

| | |
|---|---|
| PRINCIPAL & INTEREST | $3,400.00 |
| ESCROW PAYMENT | $3,976.42 |
| **MORTGAGE PAYMENT** | **$7,376.42** |

*If you are paying through a third party service, don't forget to update it with the new monthly payment amount.

# History of Your Escrow Account Since October 2016

**Why are my previous payments important?**

Escrow payments are adjusted based on tax and insurance premiums from the previous computation year. Differences between actual and expected withdrawals and escrow deposit amounts are marked with an asterisk (*).

|  | |
|---|---|
| $2,975.00 | PRINCIPAL AND INTEREST |
| $4,528.34 | ESCROW PAYMENT |
| - $4,528.34 | SURPLUS PAYMENT |
| **$2,975.00** | **PREVIOUS MONTHLY PAYMENT** |

Escrow Account Balance History    Different than Expected: *    Previous Required Minimum Balance: 

| Date | Activity | Amount Deposited | Expected Withdrawal | Actual Withdrawal | Expected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| 2016 | | | | | | |
| October | Starting Balance | -- | -- | -- | $28,077.32 | -$194,884.57 |
| October | Escrow Payment* | $17,886.10 | -- | -- | $32,605.66 | -$176,998.47 |
| October | Combined Taxes* | -- | -- | $13,939.53 | $32,605.66 | -$190,938.00 |
| October | Combined Taxes* | -- | -- | $3,946.57 | $32,605.66 | -$194,884.57 |
| 2017 | | | | | | |
| January | Escrow Payment (Future)* | $102,110.59 | -- | -- | $46,190.68 | -$92,773.98 |
| January | Hazard Insurance (Future)* | -- | $37,134.00 | $30,511.00 | **$9,056.68** | -$123,284.98 |
| February | Escrow Payment (Future)* | $4,528.34 | -- | -- | $13,585.02 | -$118,756.64 |
| | **Total** | **$124,525.03** | **$37,134.00** | **$48,397.10** | | |

## Projections of Your Escrow Account Over the Next 12 Months

**Why is my escrow account projection important?**

Your lowest projected account balance, highlighted in yellow, will be **$26,164.74** above required minimum balance. This is your **"surplus."**

| | |
|---|---|
| (-$122,733.18) | LOWEST PROJECTED BALANCE |
| - $7,952.84 | REQUIRED MINIMUM BALANCE |
| + $156,850.76 | SURPLUS IN PROOF OF CLAIM |
| **$26,164.74** | **SURPLUS** |

Projected Escrow Account Balance                                                                 Lowest Projected Balance: (!)

| Date | Activity | Expected Deposit | Expected Withdrawal | Expected Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| **2017** | | | | | |
| March | Starting Balance | -- | -- | -$118,756.64 | $11,929.38 |
| March | Escrow Payment | $3,976.42 | -- | -$114,780.22 | $15,905.80 |
| March | City Taxes | -- | $3,575.11 | -$118,355.33 | $12,330.69 |
| March | City Taxes | -- | $284.92 | -$118,640.25 | $12,045.77 |
| April | Escrow Payment | $3,976.42 | -- | -$114,663.83 | $16,022.19 |
| May | Escrow Payment | $3,976.42 | -- | -$110,687.41 | $19,998.61 |
| June | Escrow Payment | $3,976.42 | -- | -$106,710.99 | $23,975.03 |
| July | Escrow Payment | $3,976.42 | -- | -$102,734.57 | $27,951.45 |
| August | Escrow Payment | $3,976.42 | -- | -$98,758.15 | $31,927.87 |
| August | Combined Taxes | -- | $12,337.12 | -$111,095.27 | $19,590.75 |
| August | Combined Taxes | -- | $1,009.01 | -$112,104.28 | $18,581.74 |
| September | Escrow Payment | $3,976.42 | -- | -$108,127.86 | $22,558.16 |
| October | Escrow Payment | $3,976.42 | -- | -$104,151.44 | $26,534.58 |
| November | Escrow Payment | $3,976.42 | -- | -$100,175.02 | $30,511.00 |
| December | Escrow Payment | $3,976.42 | -- | -$96,198.60 | $34,487.42 |
| **2018** | | | | | |
| January | Escrow Payment | $3,976.42 | -- | -$92,222.18 | $38,463.84 |
| January (!) | Hazard Insurance | -- | $30,511.00 | -$122,733.18 | $7,952.84 |
| February | Escrow Payment | $3,976.42 | -- | -$118,756.76 | $11,929.26 |
| | **Total** | **$47,717.04** | **$47,717.16** | | |

OFFICE HOURS: MON - FRI 8 AM - 8 PM ET            capitalone360.com     MANAGE YOUR HOME LOAN