**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICIA STEWART,<br><br>Debtor. | CHAPTER 13<br><br>BANKRUPTCY NO. 16-16768-MDC<br><br>Hearing Date:  April 13, 2017<br>Hearing Time: 11:00 a.m.<br>Hearing Place:  Courtroom #2 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Montgomery County Tax Claim Bureau ("MCTCB"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel, LLP, has filed a Motion for Relief From the Automatic Stay and the Codebtor Stay pursuant to 11 U.S.C. §§ 362 and 1301(the "Motion").

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **April 3, 2017** you or your attorney must do all of the following:

   (a) File an answer explaining your position at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the attorney for the Movant:

   Michael D. Vagnoni, Esquire
   OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
   Centre Square West, Suite 3400
   1500 Market Street
   Philadelphia, PA 19102
   Telephone: (215) 665-3066
   Facsimile: (215) 665-3165

2. If you or your attorney do not take the steps described above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

5121599

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **April 13, 2017 at 11:00 a.m.**, in Courtroom #2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.

Dated: March 15, 2017

By: /s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3066 – Phone
(215) 665-3165 – Facsimile