# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **PATRICIA STEWART,** | **BANKRUPTCY NO. 16-16768-MDC** |
| Debtor. | Hearing Date:  April 13, 2017<br>Hearing Time: 11:00 a.m.<br>Hearing Place:  Courtroom #2 |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, hereby certify that on March 15, 2017 a true and correct copy of the foregoing Motion of Montgomery County Tax Claim Bureau for Relief from the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date were served via e-mail via the Court's CM/ECF system or First Class U.S. Mail, as indicated below, upon the individuals listed on the attached service list.

                                                                                           /s/ Michael D. Vagnoni
                                                                                           Michael D Vagnoni, Esquire

5121599

## **SERVICE LIST**

**VIA FIRST CLASS U.S. MAIL**

Patricia Stewart
465 Ambler Road
Fort Washington, PA 19034

Denis Stewart
465 Ambler Road
Fort Washington, PA 19034

**VIA THE COURT'S CM/ECF SYSTEM**

ELINE P. DERKRIKORIAN on behalf of Creditor HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1
ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN on behalf of Creditor HSBC Bank USA, National Association, as Trustee for the Holders olf the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1
ecfmail@mwc-law.com

CAROL B. MCCULLOUGH on behalf of Debtor Patricia Stewart
mcculougheisenberg@gmail.com, G25217@notify.cincompass.com

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

THOMAS I. PULEO on behalf of Creditor HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ on behalf of Creditor Capital One N. A.
jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov