# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PATRICIA STEWART,<br><br>Debtor. | : CHAPTER 13<br>:<br>: BANKRUPTCY NO. 16-16768-MDC<br>:<br>: Hearing Date: April 13, 2017<br>: Hearing Time: 11:00 a.m.<br>: Hearing Place: Courtroom #2<br>: |

## CERTIFICATION OF NO OPPOSITION

I, Michael D. Vagnoni, Esquire, an associate at the law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), hereby certify that:

1. On or about March 15, 2017, Obermayer, counsel for Montgomery County Tax Claim Bureau ("MCTCB"), filed a Motion for Relief from the Automatic Stay and the Codebtor Stay pursuant to 11 U.S.C. §§ 362 and 1301 (the "Motion").

2. A true and correct copy of the Motion was served upon the parties listed on the service list attached to the Motion on March 15, 2017. A Certificate of Service was filed with this Court on March 15, 2017.

3. As of the date hereof, no answer, objection or other responsive pleading has been received by Obermayer in connection with the Motion, and a review of the docket reveals no answer, objection or other responsive pleading was filed in connection with the Motion.

4. MCTCB respectfully requests that the Court consider the Motion uncontested, grant the Motion and enter the proposed Order attached to the Motion.

Date: April 6, 2017

By: /s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3066 – Telephone

5142125