United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Stewart  
    Debtor

Case No. 16-16768-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db         Patricia Stewart,    427 N. Spring Garden Street,    Ambler, PA   19002-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

         CAROL B. MCCULLOUGH    on behalf of Debtor Patricia  Stewart mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ecfmail@mwc-law.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders olf the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ecfmail@mwc-law.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One N. A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com  
         THOMAS I. PULEO    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                           TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Patricia Stewart,<br><br>　　　　Debtor | CHAPTER 13<br><br>CASE NO.: 16-16768-mdc |
| Capital One, N.A., its assignees and/or successors in interest,<br><br>　　　　Movant<br><br>vs.<br><br>Patricia Stewart, Debtor<br>Denis Stewart, Co-Debtor,<br><br>　　　　Respondents<br><br>William C. Miller,<br><br>　　　　Trustee | **HEARING DATE:**<br>Thursday, April 13, 2017<br>11:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 2<br>900 Market Street<br>Philadelphia, PA 19107 |

**ORDER**

AND NOW, this ___13th___ day of ___April 2017___, upon consideration of the Motion for relief from the Automatic Stay and Co-Debtor Stay filed on behalf of Capital One, N.A., it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic and co-debtor stays are terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **465 Ambler Road, Fort Washington, PA 19034**.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay and co-debtor stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Case 16-16768-mdc    Doc 57    Filed 04/15/17    Entered 04/16/17 01:00:19    Desc Imaged
Certificate of Notice    Page 4 of 8

It is further ORDERED, ADJUDGED AND DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further ORDERED, ADJUDGED AND DECREED that if recorded in compliance with applicable state law governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, Capital One, N.A. is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. Capital One, N.A. is further permitted to send information regarding these loss mitigation options directly to the debtor.

*Magdeline D. C_____*
MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

Case 16-16768-mdc Doc 57 Filed 04/15/17 Entered 04/16/17 01:00:19 Desc Imaged
Certificate of Notice Page 6 of 8

Please send copies to:

Patricia Stewart
427 N. Spring Garden Street
Ambler, PA 19002-3437
Debtor

Denis Stewart
465 Ambler Road
Fort Washington, Pa 19034
Co-Debtor

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Carol B. Mccullough, Esq.
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974
Attorney for Debtor

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19106