IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICIA STEWART, | : | BANKRUPTCY NO. 16-16768-MDC |
| | : | |
| Debtor. | : | |

## ORDER LIFTING AUTOMATIC STAY

AND NOW, on this 11th day of May, 2017 upon consideration of the Motion of Montgomery County Tax Claim Bureau ("MCTCB"), for Relief from the Automatic Stay and Codebtor Stay pursuant to 11 U.S.C. §§ 362 and 1301 (the "Motion") and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted to permit MCTCB to proceed to exercise any and all rights it has under any and all applicable laws with respect to 465 Ambler Road, Fort Washington, PA 19034; and it is further

ORDERED that the codebtor stay in the within bankruptcy proceeding is hereby lifted pursuant to 11 U.S.C. § 1301(c) to permit PAPI to proceed to exercise any and all rights it may have under any and all applicable laws with respect to 465 Ambler Road, Fort Washington, PA 19034; and it is further

5121599

ORDERED that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

BY THE COURT:

*[signature]*
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Copies to: See Attached Service List

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Patricia Stewart
427 N. Spring Garden Street
Ambler, PA 19002-3437

Denis Steward
427 N. Spring Garden Street
Ambler, PA 19002-3437

Carol B. Mccullough
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107