United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Stewart  
    Debtor

Case No. 16-16768-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 11, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db        Patricia Stewart,    427 N. Spring Garden Street,    Ambler, PA 19002-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:

        CAROL B. MCCULLOUGH    on behalf of Debtor Patricia  Stewart mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders olf the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ecfmail@mwc-law.com  
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One N. A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com,   michele.emory@obermayer.com;Lucille.acello@obermayer.com  
        THOMAS I. PULEO    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICIA STEWART, | : | BANKRUPTCY NO. 16-16768-MDC |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER LIFTING AUTOMATIC STAY

AND NOW, on this 11th day of May, 2017 upon consideration of the Motion of Montgomery County Tax Claim Bureau ("MCTCB"), for Relief from the Automatic Stay and Codebtor Stay pursuant to 11 U.S.C. §§ 362 and 1301 (the "Motion") and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted to permit MCTCB to proceed to exercise any and all rights it has under any and all applicable laws with respect to 465 Ambler Road, Fort Washington, PA 19034; and it is further

ORDERED that the codebtor stay in the within bankruptcy proceeding is hereby lifted pursuant to 11 U.S.C. § 1301(c) to permit PAPI to proceed to exercise any and all rights it may have under any and all applicable laws with respect to 465 Ambler Road, Fort Washington, PA 19034; and it is further

5121599

ORDERED that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

BY THE COURT:

*Magdeline D. Coleman* (signature)
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Copies to: See Attached Service List

5121599

2

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Patricia Stewart
427 N. Spring Garden Street
Ambler, PA 19002-3437

Denis Steward
427 N. Spring Garden Street
Ambler, PA 19002-3437

Carol B. Mccullough
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107