Case 16-16768-mdc    Doc 69    Filed 06/01/17    Entered 06/02/17 10:37:29    Desc Main
Document      Page 1 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Stewart<br>                Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1<br>                Movant<br>vs. | NO. 16-16768 MDC<br><br>11 U.S.C. Sections 362 and 1301 |
| Patricia Stewart<br>                Debtor<br>Denis Francis Stewart<br>                Co-Debtor | |
| William C. Miller Esq.<br>                Trustee | |

## ORDER

AND NOW, this *1st* day of *June*, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 427 North Spring Garden St., Ambler, PA 19002 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

                                                  *Magdeline D. C___*
                                                                             BJ.

Patricia Stewart
465 Ambler Road
Fort Washington, PA 19034

Denis Francis Stewart
465 Ambler Road
Fort Washington, PA 19034

Carol B. McCullough, Esq.
65 West Street Road
Suite A-105
Warminster, PA 18974

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532