United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16768-mdc
Patricia Stewart                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jun 02, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db           Patricia Stewart,   427 N. Spring Garden Street,   Ambler, PA 19002-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            ##+Denis Francis Stewart,   465 Ambler Road,   Fort Washington, PA 19034-1203
                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              CAROL B. MCCULLOUGH   on behalf of Debtor Patricia  Stewart mccullougheisenberg@gmail.com,
              G25217@notify.cincompass.com
              CELINE P. DERRKORIAN    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee
              for the Holders olf the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage
              Pass-Through Certificates Series 2007-OAl ecfmail@mwc-law.com
              CELINE P. DERRKORIAN    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee
              for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage
              Pass-Through Certificates Series 2007-OAl ecfmail@mwc-law.com
              JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One N. A. jschwartz@mesterschwartz.com,
              jottinger@mesterschwartz.com
              MICHAEL D. VAGNONI   on behalf of Creditor   Montgomery County Tax Claim Bureau
              michael.vagnoni@obermayer.com,  michele.emory@obermayer.com;Lucille.acello@obermayer.com
              THOMAS I. PULEO   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for the
              Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
              Certificates Series 2007-OA1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Stewart | |
|                     Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 | NO. 16-16768 MDC |
|                     Movant | |
|      vs. | 11 U.S.C. Sections 362 and 1301 |
| Patricia Stewart | |
|                     Debtor | |
| Denis Francis Stewart | |
|                     Co-Debtor | |
| William C. Miller Esq. | |
|                     Trustee | |

## ORDER

AND NOW, this 1st day of June , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 427 North Spring Garden St., Ambler, PA 19002 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Magdeline D. Coleman*
                                  BJ.

Patricia Stewart
465 Ambler Road
Fort Washington, PA 19034

Denis Francis Stewart
465 Ambler Road
Fort Washington, PA 19034

Carol B. McCullough, Esq.
65 West Street Road
Suite A-105
Warminster, PA 18974

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532